IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIV. NO. 5:22-CV-54-FL

| | |
|---|---|
| ADRIENNE MCKEEVER, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) ORDER |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social<br>Security, | )<br>)<br>)<br>) |
| Defendant. | ) |

Defendant has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with a remand of the case for further administrative proceedings. Plaintiff's attorney does not oppose Defendant's motion for remand.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 16th day of June, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge