IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00054-FL

| | |
|---|---|
| ADRIENNE McKEEVER, | ) |
| Plaintiff, | ) |
| v. | ) ORDER FOR PAYMENT |
| | ) OF ATTORNEY FEES |
| KILOLO KIJAKAZI, | ) AND COSTS UNDER THE |
| Acting Commissioner of Social Security, | ) EQUAL ACCESS TO JUSTICE ACT |
| Defendant. | ) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $1,300.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $402.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, and mailed to her office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 7th day of July, 2022

_____
LOUISE W. FLANAGAN
United States District Judge